THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELIJAH LAZARUS, Appellant, *v.* DANIEL SHEEHAN et al., Constituting the Board of Fire Commissioners of the City of Elmira, Respondents.

*People ex rel. Lazarus* v. *Sheehan,* 131 App. Div, 921, affirmed.
(Argued February 22, 1910; decided March 15, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered April 6, 1909, which reversed an order of the court at a Trial Term granting a motion for a peremptory writ of mandamus to compel the defendants to restore the relator to the position of first assistant engineer in the fire department of the city of Elmira and granting a new trial.

*Frederick Collin* and *H. H. Rockwell* for appellant.

*John F. Murtaugh* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts, on opinion below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and WILLARD BARTLETT, JJ. Not sitting: CHASE, J.